422 A.2d 1175

Commonwealth ex rel. Engle v. Engle, Appellant.

 Argued June 21, 1979. Edwards Hughes, for appellant; Louis Sager, for appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Order affirmed.